UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TOYIA DUNBAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EVOLENT HEALTH PLAN, )<br>)<br>Defendant. )<br>) | Case No.  3:22-CV-304-RGJ |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Evolent Health, Inc. ("Defendant" or "Evolent") (incorrectly named as "Evolent Health Plan") hereby removes the above-captioned matter from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky. This Court has jurisdiction based on federal question jurisdiction pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. As grounds for removal of this action pursuant to 28 U.S.C. § 1446(a), Evolent states as follows:

### PLEADING AND PROCEDURES

1. On or about April 15, 2022, Plaintiff Toyia Dunbar ("Plaintiff") commenced this civil suit against Evolent captioned as *Toyia Dunbar v. Evolent Health Plan*, Case No. 22-CI-001851, in the Jefferson County Circuit Court by filing the Complaint ("Complaint"). A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. True and correct copies of all process, pleadings, orders, and other papers or exhibits received by Evolent in this action to date are attached hereto as **Exhibit 2**.

3. In her Complaint, Plaintiff asserts one claim arising under the Family Medical Leave Act (the "FMLA") and three other claims under the Kentucky Civil Rights Act. Because Plaintiffs expressly assert a claim under the FMLA, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331.

4. There are no other Defendants to join in this Removal.

## TIMELINESS OF REMOVAL

5. On May 9, 2022, Evolent was served with a copy of the Summons and Complaint contained in Exhibit 1. *See* Exh. 1.

6. The removal of this action is timely under U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after May 9, 2022, the date that Evolent was served with the summons and complaint.

7. Evolent has not previously removed this action.

8. Evolent has not served an Answer upon Plaintiff or filed one with the Jefferson County Circuit Court.

## REMOVAL JURISDICTION

9. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint expressly asserts a claim under the FMLA, a federal statute codified at 29 U.S.C. § 2611 *et seq.*, for interference. *See* Compl., Count IV.

10. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to

the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). A federal question appears on the face of Plaintiff's Complaint, and this claim "arises under" federal law.

11. Further, this Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claim under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Specifically, Plaintiff contends that she was treated differently by Evolent following her return to from leave. *See* Compl. ¶¶ 19-21, 40, 49-50, 55, 64.

## VENUE IS PROPER

12. The United States District Court for the Western District of Kentucky, Louisville Division is the proper venue under 28 U.S.C. § 1441(a). The Jefferson County Circuit Court is located within the Western District of Kentucky, pursuant to 28 U.S.C. § 97(b). Therefore, the Western District of Kentucky, Louisville Division, is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## ADDITIONAL PROCEDURAL MATTERS

13. Promptly upon the filing of this Notice of Removal, Evolent shall give written notice to Plaintiff and to the Clerk of the Jefferson County Circuit Court pursuant to 28 U.S.C. § 1446(d). A copy of the removal notice to be filed with the Clerk of the Jefferson County Circuit Court is attached hereto as **Exhibit 3**.

## PRESERVATION OF DENIALS AND DEFENSES

14. By filing this Notice of Removal, Evolent does not waive any jurisdictional or other defenses that might be available to it. In addition, Evolent expressly reserves the right to move for

dismissal of some or all of Plaintiff's claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. Evolent reserves the right to amend or supplement this Notice of Removal. Evolent specifically reserves the right to amend this petition to offer additional grounds for removal should the grounds presented herein be found to be insufficient.

      WHEREFORE, Defendant Evolent Health, Inc. requests that the above-entitled action be removed from the Jefferson County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Date: May 7, 2022               Respectfully submitted,

                                    Evolent Health, Inc.

                              By:   /s/ Mitzi Wyrick

                                    Mitzi Wyrick
                                    WYATT, TARRANT & COMBS, LLP
                                    400 West Market Street
                                    Suite 2000
                                    Louisville, Kentucky 40202
                                    502.562.7337 (Telephone)
                                    502.589.0309 (Facsimile)
                                    mitziwyrick@wyattfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2022, I served the foregoing via electronic mail and U.S. Mail, postage prepaid, upon the following:

>Samuel G. Hayward
>Shelby L. Campbell
>ADAMS HAYWARD & WELSH
>4036 Preston Highway
>Louisville, KY 40213
>(502) 366-6456
>samuelghayward@hotmail.com

/s/     Mitzi Wyrick
One of Defendant's Attorneys